Opinion issued October 11, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00727-CV

____________


H & L MORTGAGE, INC. AND WILLIAM LAMBRIGHT, Appellants


V.


LESLIE WOOD, Appellee






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2007-25484






MEMORANDUM OPINION

 Appellants H & L Mortgage, Inc. and William Lambright have filed an
unopposed motion to dismiss their appeal. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.